```
PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAIME TUELL <br><br> Defendant. | Case No. 1:24-po-00101-SAB <br><br> [Citation #9454238 CA/89] <br><br> MOTION AND ORDER FOR DISMISSAL AND TO VACATE TRIAL DATE <br><br> TRIAL DATE: November 21, 2024 |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-po-00101-SAB [Citation #9454238 CA/89] against JAIME TUELL, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The United States further moves to vacate the trial date of November 21, 2024, in the interest of justice.

DATED: August 27, 2024                              Respectfully submitted,

                                                                        PHILLIP A. TALBERT
                                                                        United States Attorney

                                     By:     /s/ *Chan Hee Chu*
                                                    CHAN HEE CHU
                                                    Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:24-po-00101-SAB [Citation #9454238 CA/89] against JAIME TUELL be dismissed, without prejudice, and that the trial date of November 21, 2024, be vacated, in the interest of justice.

IT IS SO ORDERED.

Dated:   **August 29, 2024**

UNITED STATES MAGISTRATE JUDGE

2

U.S. v. Tuell
Case No. 1:24-po-000101-SAB